```
                                                              ┌──────────────────────────────┐
                                                              │ USDC SDNY                    │
                                                              │ DOCUMENT                     │
UNITED STATES DISTRICT COURT                                  │ ELECTRONICALLY FILED         │
SOUTHERN DISTRICT OF NEW YORK                                 │ DOC #: _____     │
---------------------------------------------------------- X  │ DATE FILED: 12/20/2022       │
                                              :               └──────────────────────────────┘
   MARLENE FAIRWEATHER,                       :
                                              :
                          Plaintiff,          :        1:22-cv-10640-GHW
                                              :
               -against-                      :               ORDER
                                              :
   BATH AND BODY WORKS,                       :
                                              :
                          Defendant.          :
                                              :
---------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on December 16, 2022.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 30, 2022.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated:  December 20, 2022
        New York, New York

_____
GREGORY H. WOODS
United States District Judge