UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLENE FAIRWEATHER,<br><br>                              Plaintiff,<br><br>            -against-<br><br>BATH AND BODY WORKS,<br><br>                              Defendant. | 22-CV-10640 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's September 11, 2023 Order, ECF No. 22, the parties were required to file a joint status letter, the contents of which are described therein, by September 22, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 29, 2023**.

  SO ORDERED.

Dated: September 26, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge