

perezmorris.com
*GOOD PEOPLE, DOING GREAT LEGAL*
*WORK, EXCEPTIONALLY WELL*

**Mony B.P. Yin**
**Attorney at Law**
140 Broadway
46th Floor
New York, NY 10005
(O) 845-634-5694
(D) 845-826-8070
(C) 845-743-0101
(F) 845-634-0917
myin@perez-morris.com
*Licensed in CT/NY/MA/NJ*

**October 5, 2023**

**VIA ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

*The status conference set for October 17 is hereby adjourned to October 24, 2023, at 10:30 AM.*

*The Clerk of Court is directed to terminate the motion at ECF No. 25.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: October 6, 2023*

REQUEST TO RESCHEDULE STATUS CONFERENCE OF **October 17, 2023,** DUE TO CONFLICT

*Re: Marlene Fairweather v. Bath and Body Works; Case No. 1:22-cv-10640-AS*

Dear Hon. Judge Subramanian,

Perez & Morris LLC represents Defendant Bath & Body Works, LLC in this matter. We write to request to reschedule the Status Conference that is currently on the court's calendar for **October 17, 2023, at 10:00 a.m.** I will be out of State and I do not have coverage.

On October 5, 2023, I conferred with Attorney Andrea Palmer, Plaintiff's counsel, who consents to this request.

Thank you for your consideration.

Sincerely,

Mony B.P. Yin
Attorney for Defendant

/s/ Andrea Palmer, Esq.
Scott Baron & Associates
Attorney for Plaintiff