UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARLENE FAIRWEATHER,<br><br>       Plaintiff,<br><br>  -against-<br><br>BATH AND BODY WORKS,<br><br>       Defendant. | 22-CV-10640 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  A status conference was held on October 24, 2023. Dkt. 26. Plaintiff's counsel failed to appear. No notice was filed in advance indicating that Plaintiff's counsel was not available. While there was some suggestion that the night before the conference, plaintiff's counsel had informed defendant's counsel that a "per diem" contract attorney had been hired to attend the conference, that attorney did not appear either, nor does this Court permit the use of contract attorneys hired solely to appear at conferences. In fact, the Court's Individual Practices requires that lead trial counsel attend every conference with the Court. Plaintiff's counsel, and specifically lead trial counsel for plaintiff, should file a letter by October 25, 2023, explaining plaintiff's counsel's failure to appear at the conference or notify the Court if counsel could not attend. In addition, discovery in this case closed on September 30, 2023. Dkt. 21. Summary judgment motions remain due on October 30, 2023. *Id.*

  SO ORDERED.

Dated: October 24, 2023
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge